The People of the State of New York ex rel. North Broadway Realty Corporation, Appellant, against Bernard A. Stock, as Assessor of the City of White Plains, et al., Respondents.   (3 Proceedings.)

Argued October 2, 1947; decided November 13, 1947.

*Gordon Miller* for appellant.

*William R. Condit, Corporation Counsel* (*Samuel Faile* and *John H. Shetron* of counsel), for respondents.

Order and judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.